570 A.2d 965

STATE OF NEW JERSEY v. DAVID LEE HOWARD.

October 24, 1989.

Petition for certification denied.

570 A.2d 965

PRISMATIC DEVELOPMENT CORP. v. SOMERSET
COUNTY BOARD OF CHOSEN FREEHOLDERS
AND TURNER CONSTRUCTION COMPANY, INC.

October 24, 1989.

Petition for certification denied. (236 *N.J.Super.* 158, 564
*A.*2d 1208)

570 A.2d 965

JOHN POLETTI v. DOW CHEMICAL, A FOREIGN CORPORATION
AND DIAMOND SHAMROCK CHEMICAL, A CORPORATION,
NOW KNOWN AS MAXUS ENERGY CORP.

October 25, 1989.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed. (See —— *N.J.* ——)